UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT K. MEYER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA; MCDERMOTT & BULL, INC. EMPLOYEE BENEFIT PLAN, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 8:19-cv-01725 JLS (ADSx)<br><br>**JUDGMENT** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

The Court enters judgment in accordance with its Findings of Fact and Conclusions of Law Re: Cross Motions for Judgment. (Doc. No. 48.)

Defendant Unum Life Insurance Company of America ("Unum") shall pay Plaintiff Scott K. Meyer disability benefits under the relevant policy for the remainder of the approximately twelve months of benefits due under the "regular occupation" standard of determining disability, October 6, 2018 through and including October 12, 2019.

The Court remands the matter to Unum to consider whether Plaintiff remains "disabled" under the definition that applies after the first twenty-four months.

The Court awards prejudgment and post-judgment interest in favor of Plaintiff at the rate specified in 28 U.S.C. § 1961.

Plaintiff is the "prevailing party" for purposes of this action; he may apply to the Court for an award of attorneys' fees and recovery of costs of action and within the deadlines specified in Cent. Dist. L.R. 54-2 through 54-3.12 and 54-7.

**IT IS SO ORDERED.**

DATED: April 28, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE